UNITED STATES of America,
Plaintiff—Appellee,

v.

Ross Anthony ANDERSON,
Defendant—Appellant.

No. 03–15297.

D.C. No. CR–96–00081–HDM/PAL.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 13, 2004.

Judith D. Schretter, Brian G. Slocum, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Lawrence D. Wishart,˙ Reno, NV, for Defendant–Appellant.

Ross Anthony Anderson, Lancaster, CA, pro se.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM**

Ross Anthony Anderson appeals the district court's denial of his motion to resubmit his 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

On December 22, 2000, Anderson filed a motion to submit a late § 2255 motion.

On January 9, 2001, the district court denied the motion without prejudice because Anderson failed to sign it. Anderson did not re-submit the motion with his signature until over 18 months later, on July 26, 2002, when he filed the instant motion to re-submit his § 2255 motion. Given the untimeliness of both of Anderson's motions, *see United States v. Garcia,* 210 F.3d 1058, 1060 (9th Cir.2000), and his failure to allege extraordinary circumstance to justify tolling, *see United States v. Battles,* 362 F.3d 1195, 1997 (9th Cir. 2004), we cannot say that the district court erred by denying the motion at issue.

Anderson's request for counsel contained in a letter received on April 16, 2004 is denied.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.